UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In re:                                    )
                                          ) Case No. 10-23963
David S. Belzak,                          ) Chapter 13
Lynda J. Belzak,                          )
                                          ) Hon. Daniel S. Opperman
            Debtors.                      )
_____)

## SUPPLEMENTAL ORDER APPROVING SETTLEMENT BETWEEN
## THE UNITED STATES TRUSTEE PROGRAM AND JPMORGAN CHASE BANK, N.A.

### RECITALS

Whereas, JPMorgan Chase Bank, N.A. ("Chase") and the United States Trustee Program ("USTP") previously entered into a settlement regarding Payment Change Notices and the administration of escrow accounts for mortgage loans,

Whereas, the settlement is reflected in a March 9, 2015 Order Approving Settlement Between the United States Trustee Program and JPMorgan Chase Bank, N.A., in *In re Belzak*, No. 10-23963-dob, Dkt. No. 143 (Bankr. E.D. Mich. Mar. 9, 2015) ("the PCN Order"),

Whereas, Paragraph 100 of the PCN Order states that there was an issue with certain post-petition periodic account statements sent to certain customers in Bankruptcy with home equity lines and loans serviced on a mortgage servicing platform, called "VLS," used to service Chase's HELOC loan portfolio,

Whereas, Paragraph 100 of the PCN Order further states that at the time of entry of the PCN Order Chase was still reviewing the nature of the issue, that Chase intended to provide remediation to customers who paid more than they should have as a result of the issue, that the PCN Order did not restrict the ability of the USTP to conduct further investigation or take other steps related to the issue, and that the PCN Order did not settle, resolve, release, or prejudice any claims against Chase and other Account Statement Released Parties (defined below) related to this issue,

Whereas, Chase and the Executive Office for United States Trustees (the "EOUST") have engaged in discussions concerning account statements sent to Chase borrowers with information drawn from Chase's VLS platform,

Whereas, as a result of their discussions, the Parties have reached an agreement to supplement the PCN Order to resolve the issue that remained open in Paragraph 100 as set forth

1

in this Supplemental Order Approving Settlement Between the United States Trustee Program and JPMorgan Chase Bank, N.A.,

Whereas, in consideration of the foregoing, and of the mutual promises and compromises between them, the EOUST and the United States Trustees and Acting United States Trustees for Regions 1 through 21 (collectively "the United States Trustee Program" or "USTP"), and Chase (Chase and USTP are collectively referred to here as the "Parties") do hereby agree, stipulate and consent to the Court's entry of this Supplemental Order Approving Settlement Between the United States Trustee Program and JPMorgan Chase Bank, N.A., and the Court otherwise being fully advised of its premises,

ACCORDINGLY, IT IS ORDERED AS FOLLOWS:

## ARTICLE I

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue in the United States Bankruptcy Court for the Eastern District of Michigan is proper pursuant to 28 U.S.C. § 1409(a).

## ARTICLE II

## DEFINITIONS

2. Capitalized terms used in this Supplemental Order but not defined in this Article are defined in the PCN Order or elsewhere in this Supplemental Order.

3. "Account Statement Covered Conduct" shall mean

   a. The accuracy and communication of amounts owed by Chase customers on HELOC loans that are reflected on periodic statements during the VLS Relevant Period; and

   b. The adequacy of Chase's policies and procedures concerning the accuracy and communication of amounts owed by Chase customers on HELOC loans that are reflected on periodic statements during the VLS Relevant Period.

4. "Supplemental Order Effective Date" shall mean the date upon which any appeal period has run following the execution of this Supplemental Order by the Parties and its entry by the Court.

5. "Incorrectly Billed Pre-Petition Amounts" shall mean fees that were incurred prior to filing of a bankruptcy petition and that were reflected in the Post-Petition Payment Amount Field on the bankruptcy information page of a periodic statement as though they were post-petition amounts.

2

6. "Account Statement Released Parties" shall mean JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Chase Bank USA, N.A.; Chase Manhattan Mortgage Corp.; Chase Mortgage Services, Inc.; EMC Mortgage Corporation; EMC Mortgage Company LLC; JPMC Specialty Mortgage LLC; Washington Mutual Bank, FA; and Washington Mutual Home Loans, Inc., and any of their respective corporate successors or assigns, whether acting on their own behalf or as servicer or agent for a third party.

7. "VLS Programming Error" shall mean the element of the coding instructions installed into the VLS system in July 2010 that caused incorrect amounts to appear for the post-petition payment amount and / or the total amount due on the periodic statements of certain accounts during the VLS Relevant Period.

8. "VLS Relevant Period" shall mean the period from July 1, 2010 through March 31, 2015.

## ARTICLE III

## FACTS

Without waiving any privilege, Chase represents that the following facts are accurate to the best of its knowledge and belief:

9. Chase maintains information regarding its mortgage banking customers and their accounts on a number of different systems of record. These systems both maintain information and automate certain processes, thereby increasing efficiency and reducing errors. For Home Equity Line of Credit mortgage lines and loans ("HELOC loans"), the mortgage servicing platform that Chase used at all times during the VLS Relevant Period was called "VLS."

10. The VLS system performs a number of functions related to the servicing of HELOC loans. Among other things, VLS keeps track of account balances, amounts paid, and fees imposed. When Chase sends HELOC loan customers their periodic account statements, information in those statements regarding such balances, amounts paid, and fees imposed is drawn from the VLS system. When HELOC loan customers are in bankruptcy proceedings, accounts are set up in the bankruptcy module of VLS and VLS applies a set of pre-programmed rules to distinguish pre-petition amounts that are subject to the automatic bankruptcy stay from amounts which are properly collectible on an ongoing basis post-bankruptcy; that is, VLS is programmed to calculate pre-petition arrears and post-petition payments separately.

11. In July 2010, a new set of programming instructions was installed onto Chase's VLS system. That set of instructions was in place until April 6, 2013.

12. Beginning in November 2010 of the VLS Relevant Period, the periodic account statements that Chase sent to customers in Bankruptcy Cases included a bankruptcy information page. The bankruptcy information page, which was not required by law or statute to be provided to the customer and was intended to be informational in nature only, included a "post-petition payment amount," which was to reflect the periodic payment amount due post-petition, and a "total amount due," which was to reflect all post-petition payments due as of the date of the

3

statement. Redacted copies of two exemplar periodic account statements for borrowers in bankruptcy are attached hereto as Exhibit 1.

13. During the VLS Relevant Period, an error in the new programming instructions caused Incorrectly Billed Pre-Petition Amounts to appear on the periodic account statements of some customers in Bankruptcy Cases with accounts that had been set up in the VLS system during the VLS Relevant Period. Specifically, in some cases, the VLS Programming Error erroneously treated amounts that were incurred prior to filing of the bankruptcy petition as though they were post-petition amounts.

14. The VLS Programming Error caused Incorrectly Billed Pre-Petition Amounts to be added into and reflected in the "post-petition payment amount" and "total amount due" fields on the bankruptcy information page of some periodic account statements.

15. As a result of the VLS Programming Error, some customers in Bankruptcy Cases during the VLS Relevant Period received periodic account statements that contained the Incorrectly Billed Pre-Petition Amounts on the bankruptcy information page of their statement. Not all customers in Bankruptcy Cases during the VLS Relevant Period received periodic account statements that contained the Incorrectly Billed Pre-Petition Amounts.

16. While Chase periodic statements are often several pages long, the VLS Programming Error affected only the bankruptcy information page and did not affect other pages of the periodic account statement. The amount due that was stated on the first page of the periodic account statement was not affected by the VLS Programming Error and stated the correct amount due.

17. The VLS Programming Error did not affect the accuracy of the PCNs that were the subject of the PCN Order.

18. The VLS Programming Error did not affect the accuracy of information that was included in declarations prepared by Chase.

19. The VLS Programming Error was corrected on April 6, 2013, when the VLS code was updated with corrected programming instructions. Accounts that were set up for bankruptcy after April 6, 2013 were not affected by the VLS Programming Error.

20. Errors in accounts set up for bankruptcy from July 1, 2010 to April 6, 2013 of the VLS Relevant Period were not corrected by the implementation of corrected programming instructions on April 6, 2013. Those accounts continued to be subject to the VLS Programming Error through March 2015, when Chase re-set up those accounts in bankruptcy with corrected programming instructions.

21. Chase has identified approximately 6,441 accounts (the "VLS Remediation Population") who could have received a post-petition statement that contained a bankruptcy information page reflecting Incorrectly Billed Pre-Petition Amounts. However, not all of the 6,441 accounts in the VLS Remediation Population received a post-petition statement and not all accounts in the VLS Remediation Population received a post-petition statement with Incorrectly Billed Pre-Petition Amounts. To avoid protracted reviews and to ensure that remediation was

4

provided to borrowers expeditiously, the remediation population was defined in a comprehensive and inclusive fashion to ensure that all impacted and potentially impacted accounts would receive remediation.

22. More than half of the customers in the VLS Remediation Population made no payments to Chase at all after receiving one or more periodic account statements that may have included Incorrectly Billed Pre-Petition Amounts. In addition, and unrelated to the VLS Programming Error, as of April 1, 2016, Chase has also forgiven the outstanding principal balances and other fees and charges on the HELOCs of approximately 2,000 customers in the VLS Remediation Population.

23. Based on Chase's review of a statistically significant sample of the VLS Remediation Population, the mean amount of Incorrectly Billed Pre-Petition Amounts (in the aggregate, *i.e.*, for each consumer, the sum of all Incorrectly Billed Pre-Petition Amounts on all statements they might have received) was approximately $165.

## ARTICLE IV

## OPERATIONAL ENHANCEMENTS

24. The VLS Programming Error was corrected for newly-filed bankruptcies on April 6, 2013, when the VLS code for the setup of HELOC accounts was updated with corrected programming instructions.

25. The bankruptcy technology platform is built on a combination of vendor packages and in-house applications. Releases from vendors are scheduled more than four months in advance, and internal changes are scheduled quarterly. The VLS Programming Error for bankruptcy accounts set up from July 1, 2010 to April 6, 2013 was corrected, by re-setting up those accounts in bankruptcy, no later than March 31, 2015. The technology enhancements to the VLS system included three layers of testing, performed before and after the technology build, to help ensure that the enhancements performed as expected without adverse customer impact. These layers included: (a) application testing by the developers; (b) a full suite of functional and regression tests by a Quality Assurance team, which is an independent function from development; and (c) validation testing by Mortgage Banking. For any future bankruptcy technology releases, Chase expects to use a similar multi-layered testing approach.

## ARTICLE V

## CORRECTIVE ACTION AND INDEPENDENT REVIEW

26. Chase will pay each of the approximately 6,441 accounts in the VLS Remediation Population the sum of $300 (as set forth in Paragraph 37), on a per-account basis.

27. The Independent Reviewer's compliance responsibilities under the PCN Order are expanded to include the Account Statement Covered Conduct and corrective action, including undertaking additional assessments as set forth below. The Independent Reviewer shall report on the Account Statement Covered Conduct issues as set forth in the PCN Order.

5

28. The Independent Reviewer and Chase shall negotiate the terms of additional provisions and/or modifications to the Work Plan and Retention Agreement, if necessary, that provide for the additional compliance responsibilities relating to the Account Statement Covered Conduct issues, including the additional assessments set forth in Paragraph 29. In her discretion, the Independent Reviewer may retain additional professionals if necessary to perform her additional responsibilities relating to the Account Statement Covered Conduct.

29. In addition to her assessments under Paragraph 92 of the Order the Independent Reviewer shall assess:

   a. Whether the VLS Remediation Population is substantially accurate by conducting a review of post-petition account statements for borrowers in bankruptcy during the VLS Relevant Period utilizing a sampling methodology (including, for the avoidance of doubt, reviewing that Chase's determination of the number of the VLS Remediation Population includes all borrowers impacted by Incorrectly Billed Pre-Petition Amounts);

   b. Whether Chase has timely fulfilled all affirmative obligations set forth in Paragraph 26 of this Supplemental Order and; and

   c. Whether Chase's post-petition HELOC account statements provided to borrowers in bankruptcy subsequent to the VLS Relevant Period no longer contain Incorrectly Billed Pre-Petition Amounts and are otherwise accurate and complete by conducting a review of a sample of such post-petition account statements sent to borrowers in bankruptcy subsequent to the VLS Relevant Period.

30. The Independent Reviewer's assessment under this Supplemental Order is limited to the three items in Paragraph 29.

31. Chase shall complete all affirmative actions under this Supplemental Order within 60 days of the Supplemental Order's Effective Date, unless a later date is agreed to by the parties in writing. The deadline for completing the assessments set forth in Paragraph 29 shall be 180 days from Effective Date of the Supplemental Order.

32. All other provisions of Article XII of the PCN Order shall continue to apply. The Independent Review shall be extended as necessary and shall conclude when the Independent Reviewer has completed and filed an assessment under either Paragraph 93 or 94 of the Order for each of the Sub-Paragraphs of Paragraph 92 of the Order and the additional assessments required in Paragraph 29 herein.

33. The additional duties and responsibilities of the Independent Reviewer set forth herein are intended to supplement, not supersede, the Independent Reviewer's existing retention, duties, and authorities set forth under the Order.

# ARTICLE VI

## RELEASE

34.  Upon the Supplemental Order Effective Date, the USTP consents and agrees to fully and finally release any claims, and will refrain from instituting, directing or maintaining any contested manner, adversary proceeding or participating in any contested matter or adversary proceeding by a third party (except that the United States Trustees may participate in an action to the extent ordered by a court provided that the United States Trustees may not seek such a court order formally or informally), against the Account Statement Released Parties, individually and collectively, pertaining to the Account Statement Covered Conduct.

35.  The Account Statement Released Parties consent and agree to fully and finally release the USTP and its current and former employees from claims under the Equal Access to Justice Act, 28 U.S.C. § 2412, based on the USTP's investigation and prosecution of the Account Statement Covered Conduct.

36.  For the avoidance of doubt, as with other provisions of the PCN Order, all applicable provisions contained in Article XIII of the PCN Order remain in full force and effect with respect to this Supplemental Order.

# ARTICLE VII

## MISCELLANEOUS PROVISIONS

37.  Any payments required to be made under this Supplemental Order shall be deemed made when deposited in the United States mail, postage prepaid and addressed to the last known notice address for a loan or when transmitted electronically to the recipient. Any payee's failure or refusal to accept such payment shall not be deemed a breach of Chase's obligations under this Supplemental Order. Upon request, Chase shall reissue a check that the payee failed to timely negotiate provided that such request is in writing and received within 180 days of the Effective Date of this Order.

38.  For the avoidance of doubt, as with other provisions of the PCN Order, all applicable provisions contained in Article XIV of the PCN Order remain in full force and effect with respect to the Supplemental Order.

May 1, 2017

_/s/ Daniel S. Opperman_
Honorable Daniel S. Opperman



Home Equity Line Of Credit Statement
Statement Period: 07-06-16 through 08-05-16

Last Payment Received: 02-20-16
New Minimum Payment Due: 09-01-16
New Minimum Payment Amount:

Line Information as of 08-05-16
Credit Line:
Available for use:

||.|||....|.|..|.||.|....||.|.|....||...|||..|....||.|..||



## News You Can Use

Please refer to the bankruptcy information in this statement for more information relating to your case.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-243-5851, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

| Previous Statement Balance | |
|---|---|
| (-) Payments/Credits | |
| (+) Debits/Advances | |
| (+) Debits/Fees/Finance Charges | |
| (=) Current Statement Balance** | |

**This is not a payoff amount. Please contact us to request a payoff quote.

| To Contact Us: | |
|---|---|
| By Phone: | (800) 836-5656 |
| Para Español: | (800) 800-5626 |
| Hearing Impaired: | (800) 582-0542 |
| Internet: | www.chase.com |

## Activity Since Your Last Statement

| Post Date | Description | Payments/ Credits | Debits/ Advances/Fees | Principal Balance After Transaction |
|---|---|---|---|---|
| 07-06-16 | Balance Forward | | | |
| 07-06-16 | Beginning ANNUAL PERCENTAGE RATE 0.0000001% Daily Periodic Rate .00000000 | | | |
| 08-05-16 | FINANCE CHARGE (Interest) Accrued 07-06-16 Thru 08-05-16 | | | |
| | Total | | | |

| Current Statement Balance | = | Current Fees and Finance Charges | + | Previous Fees and Finance Charges | + | Principal Balance |
|---|---|---|---|---|---|---|

The information on this page is contractual. Please refer to the bankruptcy information page included with this statement for additional information on your account.

## More News You Can Use

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

If you choose to make a payment via overnight mail, please use the following address: Chase, Attn: OH4-7126, 3415 Vision Drive, Columbus, OH 43219.

**Servicemember Protections** : If you're a U.S. Military Veteran, an active-duty Servicemember or a dependent of a Veteran or Servicemember, you may be eligible to lower the interest rate for your home equity loan based on the Servicemembers Civil Relief Act (SCRA), similar state law benefits and/or Chase programs. If you want to learn more about lowering your payment or interest rate or if you have any questions, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

**BILLING INQUIRIES**
For billing inquiries, write to: CHASE
ATTN: HOME EQUITY LOAN SERVICING P.O. BOX 24714
COLUMBUS, OH 43224.

**CUSTOMER CARE**
For all inquiries Customer Care is available Monday - Friday, 8:00 AM - 12:00 AM (midnight) Eastern Time, Saturday, 8:00 AM - 8:00 PM, Eastern Time and can be reached by phone at (800) 836-5656 or for the hearing impaired at (800) 582-0542 (TTY).

Send Qualified Written Requests to: Chase, PO Box 183166 Columbus, OH 43218-3166

**PERIODIC FINANCE CHARGE CALCULATION**
How your periodic FINANCE CHARGE is calculated: Each day of the statement period, the principal balance is multiplied by the daily periodic rate to obtain the daily periodic interest charge. The daily charges for each day in the statement period are added to calculate your statement finance charge. The daily periodic rate may vary.

**EXPLANATION OF ANNUAL PERCENTAGE RATE**
"ANNUAL PERCENTAGE RATE" (APR)s an expression of the daily periodic rate as an annualized percentage rate, and does not include fees.

**EXPLANATION OF EFFECTIVE ANNUAL PERCENTAGE RATE**
If an EFFECTIVE ANNUAL PERCENTAGE RATE appears on your statement, that figure represents your total FINANCE CHARGE (including transaction fees such as modification fees, lock cancellation fees and extension fees) on your entire account balance, expressed as an annualized percentage.

**REPORTING TO CREDIT BUREAUS**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**PAYOFF AND ACCOUNT CLOSURE INFORMATION**
The ending principal balance on the reverse side of your statement is not the amount to send if you want to pay your account in full. To obtain a current payoff quote, please contact us by telephone at our Customer Care number above.

**IMPORTANT BANKRUPTCY INFORMATION**
If you or your account are subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

**CREDITING OF PAYMENTS**
Your payment is due on the date noted in your account summary. For purposes of calculating FINANCE CHARGES, payments will be credited on the day we receive them if the payment is received by 5:00 PM in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received on Monday through Friday except for legal holidays observed in the processing center, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a US bank in US dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed up to five (5) days during which time FINANCE CHARGES will continue to accrue. Please allow five to seven (5 - 7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you dispute the amount you owe us and you send payment for less than the amount we believe you owe us, we do not lose any of our rights and the payment will not satisfy what you owe us or operate as an accord and satisfaction unless you send that amount to CHASE ATTN: HE PAYMENT RESEARCH PO BOX 24714 COLUMBUS, OH 43224 and it is approved by the appropriate officer.

**SPEEDPAY**
Speedpay is a quick and convenient payment option. Make sure your payment is made on time, and avoid late fees with one simple phone call. Speedpay payment requests received after 8:00 PM ET will be processed the next business day. To use this service, call Customer Care at the phone number provided on this statement. Please be aware that by using our automated payment system you authorize Chase to automatically debit the payment amount from your bank account. We may place a "credit hold" on the portion of your payment that is applied to principal to allow sufficient time for the funds to clear from your bank account. During the credit hold period, this portion of your payment is not available for additional advances.

**LOST OR STOLEN CHECKS OR CARDS**
Please report your lost or stolen checks or cards immediately by calling Customer Care.

**INSURANCE**
Please note that you may update your insurance information online at www.mycoverageinfo.com. When you are prompted, please use PIN number CM6022.

**BILLING RIGHTS SUMMARY**
In case of Errors or Questions About your Bill: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us as soon as possible on a separate sheet at the address listed in the Billing Inquires section on this page. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. A description of the error. Explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
4. Your signature and the date.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*Special Rule for Credit Card Purchases:* If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of the amount or the location of the purchase.)



*Please be advised, when you provide your telephone contact information, including cell phone numbers, the bank will interpret that as granting express consent to contact you at this number regarding this loan, including but not limited to, autodialed calls and leaving pre-recorded messages. If you do not wish to be contacted at a certain number, please contact us at any time to withdraw such consent. We will notate your account to only call you manually via a live representative or, at your request, remove that number from our system.*

**CHASE COMMONLY IMPOSED FEES***

| | |
|---|---|
| Insufficient Funds | $25** |
| Credit Line Stop Payment Fee | $20** |
| Credit Line Overlimit Fee | $25** |

* This fee table includes some of the more common fees charged but does not contain all fees that may be provided for in your loan documents or by applicable law or that may be charged for services rendered. Fee structure is subject to change without prior notice except where required by law.

** Fees may not be applicable on certain products or if limited by state law.

# BANKRUPTCY INFORMATION

Loan Number:
Statement Date: 08-05-16
Property Address:



## CONTACT INFORMATION

Bankruptcy Customer Care Phone: (866) 520-6447

| | |
|---|---|
| Send correspondence only to: | Please send payments only to: |
| CHASE RECORDS CENTER | CHASE |
| ATTN: CORRESPONDENCE MAIL | ATTN: HE PAYMENT PROCESSING II |
| MAIL CODE: LA4-5555 | MAIL CODE: OH4-7164 |
| MONROE LA 71203 | P.O. BOX 24785 |
| | COLUMBUS OH 43224 |

## PAYMENT SUMMARY

| | |
|---|---|
| Bankruptcy Chapter: 13 | Bankruptcy Status: ACTIVE BANKRUPTCY |
| Post-Petition Due Date (Oldest Payment Due): | 11-01-13 |
| Post-Petition Payment Amount: | |
| Breakdown Post-Petition Payment (PITI): | See below |
| Total Amount Due (all post-petition payments - as of 08-05-16): | |
| Contractual Due Date (For Information Purposes Only): | 10-01-13 |

## POST PETITION ACCOUNT INFORMATION

| | |
|---|---|
| Interest Rate | 0.0000001% |
| Original Maturity Date | 05-20-39 |
| Current Maturity Date | 05-20-39 |
| Current Principal Balance* | |
| Escrow Billed Not Paid: | |

* This is your Principal Balance only, not the amount required to pay your loan in full.

**Year-to-Date-Account-Activity**
Principal paid:
Escrow--Taxes and Insurance paid:

### ACCOUNT STATEMENT IS FOR INFORMATION PURPOSES ONLY

## IMPORTANT MESSAGES

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the attached coupon below.

If you do not wish to receive this monthly Information Statement in the future, or if you have any questions regarding this mortgage/deed of trust account, please call (866) 520-6447.

## LAST POST PETITION PAYMENT BREAKDOWN

| Post-Petition Due Date | Interest Rate | Principal | Interest | Escrow | Total Post-Petition Payment |
|---|---|---|---|---|---|
| 09-01-13 | 0.0000001% | | | | |

---

Please detach and return the bottom portion of this statement with your payment using the enclosed windowed envelope.

**Payment Coupon** — Home Equity Line Of Credit

| Account Number | |
|---|---|
| Next Due Date | 09-01-16 |
| Payment Due | |

☐ Check box if address has changed; indicate changes on reverse side.
- Please make check payable to Chase.
- Write your account number on your check; include coupon with payment.

Amount Enclosed $ _____

CHASE
P.O. BOX 9001020
LOUISVILLE, KY 40290-1020

**Has your mailing address or phone number changed?**
If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Borrower Name | Borrower Cell Phone ( ) |
|---|---|
| Borrower Name | Borrower Cell Phone ( ) |
| Street Address | Home Phone ( ) |
| Street Address | Business Phone ( ) |
| City        State | ZIP |
| Email Address | |



Customer Service (800) 836-5656
Monday - Friday 8 a.m. - midnight (ET)
Saturday 8 a.m. - 8 p.m. (ET)
Deaf or Hard of Hearing (TTY) (800) 582-0542

www.chase.com



## Loan Overview

| | |
|---|---|
| Unpaid Principal Balance | |
| Interest Rate | 3.87500% |
| Prior Year Interest Paid | |

## Home Equity Loan Statement

| | |
|---|---|
| Loan Number | |
| Statement Period | 07-06-16 - 08-05-16 |
| Total Amount Due | |
| Payment Due Date | 09/01/2016 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | | |
| Interest | | |
| Fees | | |
| Total | | |

Your unpaid Principal Balance is not a payoff quote. To obtain a payoff quote, please call us at (800) 836-5656.

YOUR ACCOUNT IS CURRENT. THANK YOU.

## Explanation of Payment Amount

| | |
|---|---|
| Principal | |
| Interest[1] | |
| Monthly Payment | |
| Fees/Charges | |
| Past Due Amount | |
| Total Amount Due | |

[1]Interest is calculated based on payments being made on the due date.

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Post Date | Description | Charges/Fees | Payments/Credits | Balance Subject to a Finance Charge |
|---|---|---|---|---|
| 07-06-16 | Balance Forward | | | |
| 07-14-16 | Payment - Thank You (Principal , Interest ) | | | |
| 08-01-16 | Payment - Thank You (Principal ) | | | |

## Important Messages

Please refer to the bankruptcy information in this statement for more information relating to your case.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-243-5851, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

If you choose to make a payment via overnight mail, please use the following address: Chase, Attn: OH4-7126, 3415 Vision Drive, Columbus, OH 43219.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

Please refer to the bankruptcy information page included with this statement for additional information on your account.

### Billing Inquiries

**Customer Service Inquiries:**
Chase
Attn: Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH 43224

**Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests:**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

### Reporting to Credit Bureaus

You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Payoff

The ending principal balance on the reverse side of your statement is not the amount to send if you want to pay your account in full. To obtain a current payoff quote, please call us at (800) 836-5656 or (800) 582-0542 (TTY).

### Payment Information

There are multiple ways you can make your monthly payment:

- **Automatic payments**—Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **By mail or in person**— Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.
- **Chase Speedpay**—Call us at (800) 836-5656 or (800) 582-0542 (TTY) to have your payment automatically debited from your bank acount. Requests received after 8 p.m. ET are processed the next business day. Please be aware that by using our automated payment system, you authorize Chase to automatically debit the payment amount from your bank account.

If you do not make your payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law.

### Late Charges

A late charge will be assessed if payment is received after your payment due date, to the extent permitted in your loan documents.

### Payment Coupon Total Fees and Charges

Your payment coupon includes an amount for "Total Fees and Charges." This amount includes current fees and charges appearing on this statement, and also may include any fees or charges appearing on previous statements that remain unpaid.

### Paid Ahead

If the total payment due on the front of the statement is less than your originally scheduled payment, you have paid ahead. When you pay ahead, even if you have no payment currently due, interest will continue to accrue on your unpaid principal balance. For this reason, consider making your originally scheduled payment, even if paid ahead.

### Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

### Insurance

Please note that you may update your insurance information online at www.mycoverageinfo.com. When you are prompted, please use PIN number CM6022. For insurance questions, call us at (866) 719-2015. For insurance claims, call us at (800) 825-0454.

### Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at (800) 569-4287 or the U.S. Department of the Treasury-sponsored HOPE Hotline Number at (888) 995-HOPE (888) 995-4673 and ask for MHA Help to get free assistance, or visit hopenow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

### Crediting of Payments

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Friday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon.

### Chase Commonly Imposed Fees

Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided or where provided for in your loan documents or applicable law. Fees may not be applicable to certain products and may be limited by law.

 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.



**Home Equity Loan Statement**
Loan Number
Statement Period          07-06-16 - 08-05-16



## Important Messages (continued)

**Servicemember Protections:** If you're a U.S. Military Veteran, an active-duty Servicemember or a dependent of a veteran or Servicemember, you may be eligible for benefits and/or military protection programs for your home equity loan under the Servicemembers Civil Relief Act (SCRA), similar state law benefits and/or Chase policy. If you want to learn more about lowering your payment or interest rate, or have any questions, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

This Page Intentionally Left Blank



# Home Equity Loan Statement

Loan Number
Statement Period    07/06/2016 - 08/05/2016

## ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY

### Account Information

| | |
|---|---|
| Bankruptcy Chapter 13 | |
| Bankruptcy Status PENDING | |
| Post-Petition Payment Date | 03/25/2014 |
| Post-Petition Payment Amount | |
| Breakdown Post-Petition Payment (PITI) | See below |
| Total Amount (all post-petition payments - as of 06/30/2014) | |
| Contractual Due Date (For Informational Purposes Only) | 09/01/2016 |

### Post-Petition Account Information

| | |
|---|---|
| Interest Rate | 3.875% |
| Original Maturity Date | 06/02/2021 |
| Current Maturity Date | 09/01/2055 |
| Current Principal Balance* | |
| Escrow Billed Not Paid: | |

* This is your Principal Balance only, not the amount required to pay your loan in full.

### Bankruptcy Information

Loan Number
Statement Period    08/05/2016
Property Address :

### Year-to-Date Payments

| | |
|---|---|
| Principal | |
| Interest | |
| Escrow (Taxes and/or Insurance) | |
| Fees | |
| Total | |

### Contact Information

Bankruptcy Customer Service 1-(866) 520-6447

Send correspondence only to:
CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE: LA4-5555
MONROE LA 71203

### Important Messages

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your Plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

### Post-Petition Payment Breakdown

The Post-Petition Breakdown below may include any of the following items. For a detailed description of what items are included, please call Bankruptcy Customer Service at the phone number listed under the Contact Information section on this page.
- Principal and interest: first principal and interest amount, second principal and interest amount
- Escrow: county taxes, city taxes, hazard insurance, mortgage insurance, government assessed levies, escrow surplus or shortage
- Miscellaneous: miscellaneous non-escrow items, service charges, accident and health insurance premiums, life insurance premium, replacement reserve or buy-down/subsidy, HUD

| Post-Petition Payment Date | Interest Rate | Principal | Interest | Escrow | Total Post-Petition Payment |
|---|---|---|---|---|---|
| | 3.875% | | | | |

---

Please detach and return the bottom portion of this statement with your payment using the enclosed window envelope.

**Payment Coupon    Home Equity Loan**

Account Number
Payment Date
Total Amount

☐ Check box if address has changed; indicate changes on reverse side.
- Please make check payable to Chase.
- Write your account number on your check; include coupon with payment.

Amount Enclosed  $ _____

CHASE
P.O. BOX 9001020
LOUISVILLE, KY 40290-1020

**Has your mailing address or phone number changed?**     **Account Number** _____

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Borrower Name | ( ) Borrower Cell Phone |
|---|---|
| Borrower Name | ( ) Borrower Cell Phone |
| Street Address | ( ) Home Phone |
| Street Address | ( ) Business Phone |
| City    State | ZIP |
| Email Address | |